UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
MAR 10 2006
[signature] CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| WILLIAM LEITH, | * | CIV. 06-4042 |
| Plaintiff, | * | |
| vs. | * | ORDER DETERMINING |
| | * | IN FORMA PAUPERIS STATUS |
| BOB DOOLEY, Warden; C/O THOMPSON; and LT. STEVENS, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

It satisfactorily appears from the prison records that the average monthly deposits to plaintiff's prisoner trust account for the past six months was $27.38, and that his average monthly balance for the past six months was $6.94. The current balance of his prisoner trust account is $.54.

The court finds that plaintiff is not required by the Prison Litigation Reform Act, 28 U.S.C. § 1915, to make an initial partial filing fee.

Upon the record,

IT IS ORDERED:

1. That plaintiff's motion to proceed in forma pauperis is granted, subject to further review to determine if this action should hereafter be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

2. That the institution having custody of the plaintiff is hereby directed that whenever the amount in plaintiff's trust account exceeds $10.00, monthly payments that equal 20% of the funds credited the preceding month to the plaintiff's trust account shall

be forwarded to the U.S. District Court Clerk's Office pursuant to 28 U.S.C. § 1915(b)(2), until the filing fee is paid in full.

Dated this ___10___ day of March, 2006.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, CLERK

By: _Shelly Marguiles_, Deputy

(SEAL)